UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAPPA SINGH

                          Plaintiffs,

        -against-                              **CONSENT TO CHANGE ATTORNEY**

RAHWAY P.W.L.L.C., MICHAEL PALIN and        Case No.: 01-CV-5859
PALIN ENTERPRISES

                          Defendants.
------------------------------------------------------------X

    **IT IS HEREBY CONSENTED THAT,** Jeffrey B. Manca, Esq., of No. 30 Vesey Street, Second Floor, New York, New York 10017 be substituted as attorney of record for the undersigned party (ies) in the above-entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: New York, New York
         June 7, 2005

                                       Pappa Singh, Plaintiff

                                       Jeffrey B. Manca, Esq., (JBM 5927), Incoming Attorney

                                       Earle F. Weprin, Esq., (EFW 9585), Outgoing Attorney

STATE OF NEW YORK   }
COUNTY OF KINGS     } ss.:

On the 13th Day Of June, 2005 before me personally came Pappa Singh, to me known, and known to me to be same person described in and who executed the foregoing consent and acknowledged to me that he executed same.

SWORN TO BEFORE ME THIS
13th Day Of June, 2005

_____
Notary Public

DAVID MOUNIER
Notary Public, State of New York
No. 01MO6038048
Qualified in Kings County
Commission Expires March 20, 2006